### THE DUTCH REFORMED CHURCH CASES.

*Affirmance by division.*

A decree dismissing a bill is affirmed if the appellate court is equally divided as to reversing it; but the affirmance may be without costs.

[Wieger W. Haisma et al. v. Lammert J. Hulst et al.]

Appeal from Kent. (Montgomery, J.) Oct. 26–30.— Dec. 21.

INJUNCTION bill filed by certain members of the "Society of the Fourth Reformed Church of Grand Rapids, Michigan," to restrain the defendants, who are the minister and other members of the consistory of that church, from dissolving the society and diverting its property from the support of public worship according to the doctrines and usages of the Reformed church. Bill dismissed. Affirmed.

*Champlin & More* and *James W. Romeyn* and *Theodore Romeyn* for complainants.

*Thomas B. Church* for defendants.

[The Consistory of the First Dutch Reformed Church of Holland, Harm Broek et al. v. Teunis Keppel et al.]

Appeal from Ottawa. (Arnold, J.) Oct. 26-30.—Dec. 21.

BILL filed by The Consistory and by certain members of the church society to establish the right of complainants as elders, deacons and members of the consistory to the exclusive possession of the church property and to declare those members of the society who have remained loyal to the Reformed church in America to constitute the society of the First Church of Holland ; and furthermore to restrain defendants, who are accused of schism, from interfering with the church property. Bill dismissed. Affirmed.

*Stone & Hyde, Champlin & More* and *Theodore Romeyn* for complainants.

*J. C. Post* and *W. B. Williams* for defendants.

COOLEY, J. In these cases, after the fullest consideration the members of the Court find themselves equally divided upon the question of reversing the decrees appealed from, and they must therefore stand affirmed but without costs.

We deem it not improper to say under the circumstances that in view of the very peculiar facts it is on many very obvious grounds desirable that the parties to this deplorable litigation should make earnest endeavor, by any necessary concession in matters of feeling, to restore and perpetuate friendly and brotherly relations.

The other Justices concurred.